IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * | |
| | * | |
| v. | * | CRIM. NO. 21-mj-06014-DEA-1 |
| | * | |
| FORD F. GRAHAM | * | |
| | * | |
| | ***** | |

**<u>ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING</u>**

In accordance with Standing Order 2020-06, this Court finds:

☑ That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑ Video Teleconferencing

☐ Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐ The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐ Other:

Date: 4/14/2021

_____
Honorable Douglas E. Arpert
United States Magistrate Judge