**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 21-6014 (DEA) |
| v. | |
| FORD GRAHAM | |

**CONSENT ORDER FOR MODIFICATION OF BAIL**

THIS MATTER having come before the Court on the application of defendant, FORD GRAHAM, appearing by SCHWARTZ, HANNA, OLSEN, & TAUS P.C. (CHRISTOPHER OLSEN, ESQ. on the motion), for an Order modifying conditions of release in the above-captioned matter, and the UNITED STATES OF AMERICA, appearing by ASSISTANT UNITED STATES ATTORNEYS J. BRENDAN DAY, ESQ., and MARTHA K. NYE, ESQ., having consented thereto, and

WHEREAS an order permitting release on bail with certain conditions was entered by the Court (Docket Nos. 8, 11) on April 14-15, 2021; and

WHEREAS the Defendant, the United States and Pretrial Services have agreed to a modification of the conditions of release set out in that Order;

IT IS on this 24th day of June, 2022, HEREBY ORDERED that the bail conditions for Defendant FORD GRAHAM are modified only to the following extent:

1. That Ford Graham be permitted to travel to the Southern District of New York for the purpose of exercising his rights to meet and confer with his retained co-counsel at Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY (tel.: 212-506-1700). At least 48 hours in advance of any such planned travel, Mr. Graham shall provide to

Pretrial Services the address of any hotel or residence where he will be staying and a

phone number by which he can be reached there.

2. All other bail conditions remain intact.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

J. Brendan Day
Assistant United States Attorney

Christopher Olsen
Counsel for Defendant Ford F. Graham