# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**<u>OFFICE</u>**: TRENTON                              **<u>DATE</u>**:  FEBRUARY 4, 2026

**<u>JUDGE</u>**: ROBERT KIRSCH

**<u>COURT REPORTER</u>**:  PAULA HOROVITZ


**<u>TITLE OF CASE</u>**:                              **<u>DOCKET NO. 24-CR-188 (RK)</u>**

UNITED STATES OF AMERICA

v.

FORD F. GRAHAM

       DEFENDANT NOT PRESENT


**<u>APPEARANCES</u>**:

Martha Nye, AUSA and Richard Shephard, AUSA for the Government

Saverio Viggiano, AFPD for the Defendant

Daniel Carney, U.S. Probation


**<u>NATURE OF PROCEEDINGS</u>**: STATUS CONFERENCE

Status Conference held.



**Time Commenced:**     1:49 p.m.
**Time Adjourned**:     2:02 p.m.
**Total Time**:         13 minutes


                                        *s/ Patricia Markey*
                                        DEPUTY CLERK