DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FORD GRAHAM | Criminal No. 24-188 (RK)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning defendant FORD GRAHAM.

Date: March 4, 2026

TODD BLANCHE
United States Deputy Attorney General

PHILIP W. LAMPARELLO
Senior Counsel

By:  */s/ Richard G. Shephard*
RICHARD G. SHEPHARD
Assistant United States Attorney