**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON                                    **DATE**:  MAY 13, 2026

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**:  PAULA HOROVITZ


**TITLE OF CASE**:                                    **DOCKET NO. 24-CR-188-1(RK)**

UNITED STATES OF AMERICA

v.

FORD F. GRAHAM

      DEFENDANT PRESENT


**APPEARANCES**:

Richard Shephard, AUSA for the Government

Saverio Viggiano, AFPD for the Defendant

Allison Gazzale, U.S. Probation


**NATURE OF PROCEEDINGS**: SENTENCING ON COUNTS 1 – 15, 19 OF THE INDICTMENT

Sentence: 33 months imprisonment on each count, to be served concurrently.

Supervised Release: 3 years on each count, to run concurrently, with special conditions.

Special Assessment: $1,600.00.

Fine: Waived.

BREAK: 12:33 p.m. – 1:17 p.m.

Restitution Hearing to be scheduled, if necessary.

Government moved to dismiss counts 16 - 18 and counts 20 - 29 of the Indictment.

Ordered counts 16 - 18 and counts 20 - 29 dismissed.

Defendant advised of right to appeal.

Defendant released.


**Time Commenced:**    10:20 a.m.
**Time Adjourned**:      2:44 p.m.
**Total Time**:          3 hours 40 minutes

                                   s/ *Patricia Markey*
                                   DEPUTY CLERK