**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch, U.S.D.J. |
| v. | : | Crim. No. 24-188 |
| FORD F. GRAHAM, | : | AMENDED JUDGMENT & ORDER OF RESTITUTION |
| Defendant. | : | |

UPON CONSIDERATION of the parties' sentencing submissions; the evidence presented in advance of and during the sentencing hearing on May 13, 2026; the parties' plea agreement, which stipulates that the "parties agree the total sum of restitution should be more than $1,500,000 but not more than $2,729,457.65"; and for good cause shown, on this 10th day of August 2026, it is

ORDERED that the defendant shall make restitution in the amount of $2,650,619. Payments should be made payable to the U.S. Treasury and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New Jersey 08608, for proportionate distribution to the following victims in the following amounts:

| **Name of Payee (Victim)** | **Restitution Amount** | **Address of Payee** |
|---|---|---|
| J.P. | $2,240,000.00 | Provided to Clerk's Office |
| A.W. | $347,669.00 | Provided to Clerk's Office |
| Square, Inc. | $50,750.00 | Provided to Clerk's Office |
| Stripe, Inc. | $12,200.00 | Provided to Clerk's Office |

**ORDERED** that the restitution is due immediately and that interest [is/is not] waived.

**ORDERED** that it is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program. If the defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $[50] every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments ~~of no less than $[ ]~~ to be determined by Probation (RK), to commence 30 days after release from confinement.

**ORDERED** that unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

**ORDERED** that Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

**ORDERED** that this Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment as if set out verbatim therein.

HONORABLE ROBERT KIRSCH
United States District Judge