2017R00742/RS/PAL/ar

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch, U.S.D.J. |
| v. | : | Crim. No. 24-188 |
| FORD F. GRAHAM, | : | CONSENT JUDGMENT AND ORDER OF FORFEITURE (MONEY JUDGMENT) |
| Defendant. | : | |

WHEREAS, on or about August 4, 2025, pursuant to a plea agreement with the United States, defendant Ford F. Graham pleaded guilty to Counts One through Fifteen and Count Nineteen of a twenty-nine-count Indictment charging him with (1) wire fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Counts One through Eight and Counts Ten through Fifteen); (2) securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2 (Count Nine); and (3) conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count Nineteen) ("Indictment");

WHEREAS, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), a defendant convicted of wire fraud and securities fraud shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses;

WHEREAS, in the plea agreement, the defendant agreed to forfeit to the United States any property constituting or derived from proceeds the defendant

obtained directly or indirectly as a result of the offenses charged in Counts One through Fifteen and Count Nineteen of the Indictment;

WHEREAS, in the plea agreement, the defendant further acknowledged that one or more of the criteria set forth in 21 U.S.C. § 853(p) are met, entitling the United States to forfeit substitute assets of the defendant in an amount not to exceed the amount of the Money Judgment;

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;

WHEREAS, at the defendant's sentencing hearing the Court made certain findings with respect to the forfeiture to be imposed against the defendant; and

WHEREAS, good and sufficient cause has been shown, it is hereby ORDERED, ADJUDGED, AND DECREED:

(1) As a result of the offenses charged in Counts One through Fifteen and Count Nineteen of the Indictment, to which the defendant has pleaded guilty, and the defendant having conceded that one or more of the criteria set forth in 21 U.S.C. § 853(p) are met, the United States is entitled to forfeit proceeds and/or substitute assets equal to the value of the proceeds obtained by the defendant, which was $2,650,619 (the "Money Judgment). The Money Judgment is hereby entered against the defendant, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b).

(2) All payments on the Money Judgment shall be made by (a) electronic funds transfer, as directed by the United States Attorney's Office; or (b) postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, District of New Jersey, Attn: Asset Forfeiture, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, and shall indicate the defendant's name and case number on the face of the check.

(3) Until the defendant is sentenced, the United States Marshals shall deposit all payments on the Money Judgment in its Seized Assets Deposit Account. After the defendant is sentenced and the Judgment is entered on the docket, all payments on the Money Judgment shall be forfeited to the United States of America as substitute assets, pursuant to 21 U.S.C. § 853(p), and shall be deposited in the Asset Forfeiture Fund.

(4) Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and 21 U.S.C. § 853(n), upon entry of this Order, and until the Money Judgment is fully satisfied, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of assets to satisfy the Money Judgment, or in connection with any petitions filed pursuant to 21 U.S.C. § 853(n), including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas.

(5) This Order of Forfeiture shall be part of the sentence of the defendant and shall be included in the judgment of conviction therewith.

(6) The Clerk of the Court is directed to enter a Criminal Forfeiture Money Judgment against the defendant in favor of the United States in the amount of $2,650,619.

(7) This Court shall retain jurisdiction to enforce this Order and to amend it as necessary.

ORDERED this 10th day of August, 2026.

Honorable Robert Kirsch
United States District Judge

The undersigned hereby consent to
the form and entry of this Order:

Robert Frazer
United States Attorney

/s/ Richard G. Shephard — Dated: June 30, 2026
By: Richard Shephard
Assistant United States Attorney

Ford F. Graham, Defendant — Dated: 07/23/2026

Saverio Viggiano, Esq. — Dated: 7/23/2026
Attorney for Ford F. Graham